IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES LESLIE BAILEY, AIS 187785, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 2:23-cv-480-ECM |
| | ) |
| CAPTAIN ROGERS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OPINION and ORDER**

On January 5, 2024, the Magistrate Judge entered a Recommendation (doc. 15) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (doc. 15) is ADOPTED;

2. This case is DISMISSED without prejudice for the Plaintiff's failure to pay the initial partial filing fee or otherwise comply with the orders of the Court;

3. All pending motions are DENIED as moot.

A separate Final Judgment will be entered.

DONE this 14th day of February, 2024.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE